UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

EDWIN JEOVANNY CATALAN CATALAN,

                    Petitioner,

**ORDER TO SHOW CAUSE**
26-CV-1680(EK)

           -against-

KRISTI NOEM, in her official
capacity as Secretary of the U.S.
Department of Homeland Security, et
al.,

                    Respondents.

---------------------------------------x

ERIC KOMITEE, United States District Judge:

Edwin Jeovanny Catalan Catalan petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. He asserts that he is being wrongfully detained by respondents pursuant to 8 U.S.C. § 1225(b)(2)(A) and, accordingly, has been denied the bond determination to which he is entitled under 8 U.S.C. § 1226(a). Catalan Catalan moves for a preliminary injunction and temporary restraining order, requesting that: (1) respondents be enjoined from moving petitioner outside the jurisdiction of this Court and the United States; (2) respondents release petitioner immediately; and (3) respondents be enjoined from detaining petitioner while the Court's Order remains in effect. ECF No. 2.

In response, the Court orders as follows.

By 5:00 p.m. on March 30, respondents are ordered to show cause why the petition should not be granted for substantially the same reasons articulated in the Court's November 18, 2025 order in *Sarmiento Guerrero v. Noem*, --- F. Supp. 3d --- (E.D.N.Y. 2025).

Should respondents acknowledge that the instant petition presents no meaningful distinction from *Sarmiento Guerrero*, they shall either afford Catalan Catalan a bond hearing or release him — in either case, on or before April 3, absent further order of this Court. *See Guartazaca Sumba v. Crowley*, No. 25-CV-13034, 2025 WL 3126512, at *5 (N.D. Ill. Nov. 9, 2025). In that case, the parties shall file a status report on or before April 8 that addresses Catalan Catalan's release status. Otherwise, petitioner should serve his reply by 5:00 p.m. on April 8.

Petitioner shall serve this Order on the United States Attorney's Office for the Eastern District of New York by electronic mail, in care of the Chief of the Civil Division.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

2

Dated:     March 20, 2026
           Brooklyn, New York