# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

EDWIN JEOVANNY CATALAN CATALAN,

                  Plaintiff-Petitioner,

        v.

KRISTI NOEM, in her official capacity as Secretary
of the U.S. Department of Homeland Security;

TODD LYONS, in his official capacity as Acting
Director of U.S. Immigration and Customs
Enforcement;

KENNETH GENALO, in his official capacity as
Field Office Director of Enforcement and Removal
Operations of the New York Office of U.S.
Immigration and Customs Enforcement;

PAMELA BONDI, in her official capacity as U.S.
Attorney General;

RAUL MALDONADO, Jr., in his official capacity
as Warden of the Metropolitan Detention Center;

                  Defendant-Respondents

Civil Action No. 1:26-cv-01680

)
)
)
)
)
)
)
)
)
)
)
)
)

## **ORDER**

Upon review and consideration of Plaintiff-Petitioner's Motion for Admission of Attorney Sean Larner

Pro Hac Vice, it is this ___26___ day of _March_ 2026, by the United States Eastern District Court for

New York, hereby

      **ORDERED** that the Motion is **GRANTED**, and it is further

      **ORDERED** that Sean Larner may appear and participate in the above-captioned matter on behalf

of Plaintiff-Petitioner Edwin Jeovanny Catalan Catalan.

**SO ORDERED.**

/s/ Eric Komitee

HONORABLE ERIC KOMITEE
United States District Judge